### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| PARBATEE YASHIN, individually and on behalf of all similarly-situated persons, | Civil Action No. 1:22-cv-00662-WMR |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| AMAZING CARE AGENCY INC., and RHODA PAPPOE, | |
| Defendants. | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS

This action having come into default on June 15, 2022, by the failure of Defendants Amazing Care Agency Inc. ("Amazing Care") and Rhoda Pappoe to individually or collectively file an Answer or other defensive pleading, and Plaintiff having filed a Motion for Default Judgment against Defendants on Counts I and III–VIII of her Complaint, the Court hereby **ORDERS** that: (1) liability is established in favor of Plaintiff and against Defendants on Counts I, III, IV, V, VI, VII, and VIII of the Complaint, pursuant to Federal Rule of Civil Procedure 55(b); (2) a bench trial to determine the amount of damages to award Plaintiff shall be held

at 1:30 [PM] on Monday, October 3, 2022; and (3) Plaintiff may submit an application for reasonable attorneys' fees and costs within fourteen (14) days of the entry of judgment following the hearing.

The Clerk is directed to send a copy of this Order and Notice to Defendants.

**SO ORDERED** this 30th day of August, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE