**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

PARBATEE YASHIN,
                Plaintiff(s),

vs.

AMAZING CARE AGENCY INC., and
RHODA PAPPOE,
                Defendant(s).

CIVIL ACTION FILE

NO.  1:22-cv-662-WMR

**J U D G M E N T**

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of Motion for Attorney Fees and Costs, and the court having granted said motion, it is

**Ordered and adjudged** that Defendants, jointly and severally, recover from Plaintiff $12,599.25 as reasonable attorney's fees and costs.

Dated at Atlanta, Georgia this 25th day of June, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/D. Burkhalter                
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
June 25, 2024
Kevin P. Weimer
Clerk of Court

By:   s/D. Burkhalter        
     Deputy Clerk